UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:09-CV-00023-BR

| | | |
|---|---|---|
| MORRIS & ASSOCIATES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| COOLING & APPLIED TECHNOLOGY, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the joint motion to seal certain portions (Paragraphs 6(a)-6(e) and Exhibits B & C) of the Settlement Agreement dated December 1, 2011. For the reasons stated in the motion and accompanying memorandum, the court finds good cause exists and the motion to seal is ALLOWED.

This 19 December 2011.

_____
W. Earl Britt
Senior U.S. District Judge